[No. 30183-7-I.   Division One.   April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY A. TRASK, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 91-1-05029-2, Alan R. Hancock, J., entered January 27, 1992. *Affirmed* by unpublished opinion

per Forrest, J., concurred in by Webster, C.J., and Scholfield, J.